KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REN G. SUN, | **Case No.: 2:18−cv−01473−SVW−JEM** |
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | **JS-6** |
| Defendant. | |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: ___September 17, 2018___

_____
Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION,
WITH PREJUDICE